CAUSE NO's. 1260209, 1260210  76,483-05

BARRY WARREN, RELATOR

V

262ND JUDICIAL DISTRICT, RESPONDENT
COURT, HARRIS COUNTY TEXAS

§
§
§
§
§
§

IN THE COURT OF

CRIMINAL APPEALS

## MOTION FOR LEAVE TO FILE ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

COMES NOW BARRY WARREN, RELATOR IN PRO-SE RESPECTFULLY MOVES THIS COURT PURSUANT TO TEXAS CODE OF CRIMINAL PROCEDURE ART 4.04 TO EXECUTE THE ATTACHED MANDAMUS AS FOLLOWS:

### I
### STATEMENT OF FACTS

ON THE 15TH DAY OF SEPTEMBER, RELATOR SENT THE 262ND JUDICIAL DISTRICT COURT OF HARRIS COUNTY, A MOTION OF PRODUCTION REQUEST DISPOSITION OF CAUSE NO. 1260209, AND 1260210, AS ATTEMPT TO SEE IF DETAINERS NEED TO BE ADRESSED, AND FOR POSSIABLE SPEEDY TRIAL MATTERS. THE 262ND JUDICIAL DISTRICT COURT HARRIS COUNTY REFUSES TO ANSWER.

### II
### JURISDICTION

THIS COURT HOLDS JURISDICTION TO EXECUTE MANDAMUS UNDER THE TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 4.04

### III
### REQUESTED RELIEF

WHEREFORE PREMISES CONSIDERED THE RELATOR BARRY WARREN PRAYS THIS COURT OF CRIMINAL APPEALS EXECUTE THE ATTACHED MANDAMUS ORDERING

①

THE 262ND JUDICIAL DISTRICT COURT TO PROVIDE ALL COPIES OF THE DISPOSITION, ORDERS, JUDGEMENTS FOR CAUSE NO's 1260209, AND 1260210

## COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

IN REGARDS CAUSE NO'S
1260209 AND 1260210

BY ORDER OF THE COURT:
WE COMMAND
THE 262ND JUDICIAL DISTRICT COURT OF HARRIS COUNTY TEXAS TO PROVIDE THE DEPOSITIONS / DISMISSAL JUDGEMENT / ORDERS FOR CRIMINAL CAUSE NUMBERS 1260209 AND 1260210 TO THE RELATOR: BARRY WARREN, AND THIS COURT.

EXECUTED ON

Twenty-Second DAY, AND November MONTH

YEAR 2015

_____
HONORABLE JUDGE PRESIDING

## UNSWORN DECLARATION

CIVIL PRACTICE, AND REMEDIES CODE SECTION 132.000-132.003
I BARRY WARREN RELATOR TDCJ-ID NO# 1671251 WHOM IS
CONFINED AT: POLUNSKY UNIT 3872 FM 350 SOUTH IN
LIVINGSTON, TEXAS 77351 DO SWEAR UNDER PENALTY OF PERJURY
THAT THE LEGAL DOCUMENTS AND THE CONTENTS OF MOTION: FOR COURT
OF CRIMINAL APPEALS MANDAMUS TEXAS CODE OF CRIMINAL PROCEDURE
ARTICLE 4.04 ARE TRUE AND CORRECT.

EXECUTED ON THIS TWENTY-SECOND DAY OF NOVEMBER OF 2015

Barry Warren
RELATOR

BARRY WARREN #1671251
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

③